UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JONATHAN ANDREW DEGRAFFENREID,<br><br>　　　　Plaintiff,<br><br>　vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00338-JDP<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Settlement Proposal be extended thirty (30) days from November 13, 2020 to December 14, 2020.  This is the Defendant's first request for an extension.  Defendant requests this extension in order to consult with agency personnel on an issue that potentially affects the suitability of this case for litigation.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                 Respectfully submitted,

Dated:  November 10, 2020     /s/  *Jonathan O. Pena\**

|   |   |
|---|---|
| | (*as authorized via e-mail on Nov. 10, 2020)<br>JONATHAN O. PENA<br>Attorney for Plaintiff |
| Dated: November 10, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ *Ellinor R. Coder*<br>ELLINOR R. CODER<br>Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

**ORDER**

Pursuant to the parties' stipulation, defendant shall have an extension, up to and including December 14, 2020, to respond to plaintiff's settlement proposal.

IT IS SO ORDERED.

Dated:   November 13, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE