UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN ANDREW DEGRAFFENREID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  1:20-CV-00338 (HBK)<br><br>ORDER GRANTNG AWARD AND PAYMENT OF ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. No. 23) |

　　　　Pending before the court is plaintiff's stipulated motion for attorney fees, filed March 15, 2021.  (Doc. No. 23).  Plaintiff seeks attorney's fees in the amount of $620.30 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  (*Id.*).

　　　　On January 11, 2021, this Court granted the parties' Stipulation for Voluntary Remand pursuant to Sentence Four of 42 U.S.C.  § 405(g) and reversed and remanded the case to the Commissioner for further administrative proceedings.  (Doc. No. 21).  The Clerk entered judgment in favor of plaintiff thereafter. (Doc. No. 22).  Accordingly, as the prevailing party, plaintiff now requests an award of fees.  *See* 28 U.S.C. § 2412(a) & (d)(1)(A); Fed. R. Civ. P.

54(d)(1); *see* 28 U.S.C. § 1920; *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

The Commissioner does not oppose the requested relief. (*See* Doc. No. 23). After issuance of an order awarding EAJA fees and costs, however, the United States Department of the Treasury will determine whether plaintiff owes a debt to the government. If plaintiff has no discernable federal debt, the government will accept plaintiff's assignment of EAJA fees and pay the fees directly to plaintiff's counsel.

Accordingly, it is **ORDERED:**

1. Plaintiff's stipulated motion for attorney fees (Doc. No. 23) is **GRANTED**.

2. Plaintiff is awarded fees in the amount of six hundred twenty dollars and thirty cents ($620.30). Unless the Department of Treasury determines that plaintiff owes a federal debt, the government must pay the fees to plaintiff's counsel in accordance with plaintiff's assignment of fees and subject to the terms of the stipulated motion.

IT IS SO ORDERED.

Dated:   March 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE